| | |
|---|---|
| 1 | **JS-6** |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MICHAEL CURIEL,<br><br>   Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 to 25, inclusive,<br><br>   Defendants. | Case No.: ED CV 20-1977-DMG (KKx)<br><br>**ORDER RE PLAINTIFF'S REQUEST FOR DISMISSAL PURSUANT TO FRCP RULE 41(a)(2) [13]** |

Pursuant to the request made by Plaintiff MICHAEL CURIEL under Federal Rule of Civil Procedure 41(a)(2), and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.   All scheduled dates and deadlines are VACATED.

DATED:  February 10, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE